IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO



MARK SANCHEZ

VS.

CIVIL NO. 98-2456 (JAF)

CARLOS CHIESA CEDO, M.D.,
ET AL.

## DESCRIPTION OF MOTION

DATE FILED: 9/28/99   DOCKET #: 10   TITLE: MOTION REQUESTING EXTENSION OF TIME FOR COMPLETION OF DISCOVERY

[X] Plaintiff(s)
[ ] Defendant(s)

## O-R-D-E-R

__ GRANTED.

__ DENIED.

__ MOOT.

__ NOTED.

OTHER: *Granted*

DATE: 10/27/99

JOSE A. FUSTE
U.S. DISTRICT JUDGE

RECEIVED & FILED
99 OCT 27 PM 4:21
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.