UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

MARK SANCHEZ,                    *

   Plaintiff,                   *

V.                               *        Civil No. 98-2456 (JAF)

CARLOS CHIESA CEDO, et. al.,     *

   Defendants.                  *
************************************

## ORDER

Pretrial Conference held and Proposed Order approved. Trial shall be held on January 31, 2000, at 9:30 a.m.

**IT IS SO ORDERED.**

San Juan, Puerto Rico, this 29th day of November, 1999.

JOSE ANTONIO FUSTE
U.S. DISTRICT JUDGE