UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

MARK SANCHEZ,

    Plaintiff,

v.

CARLOS CHIESA-CEDO, et al.,

    Defendants.

Civil No. 98-2456 (JAF)

**JUDGMENT**

The parties' "Stipulation for Voluntary Dismissal With Prejudice," filed on January 13, 2000, Docket Document No. 14, is **APPROVED**. Judgment is entered dismissing with prejudice the complaint filed herein, each party to bear its own costs, expenses, and attorney's fees.

This case is now closed for all purposes.

San Juan, Puerto Rico, this 18th day of January, 2000.

JOSE ANTONIO FUSTE
U. S. District Judge

AO 72
(Rev 8/82)